# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Somers, Dale L. | 2. Court or Organization  U.S. Bankruptcy Court - Kansas | 3. Date of Report  04/27/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

255 U.S. Courthouse
444 SE Quincy
Topeka, KS 66683

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 04/27/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BJD Somers Family LLC | E | Distribution | M | U | | | | | See Note in Part VIII |
| 2. C.M. Life Insurance Company | B | Int./Div. | K | T | | | | | |
| 3. C.M. Life Insurance Company | A | Int./Div. | J | T | | | | | |
| 4. C.M. Life Insurance Company | A | Int./Div. | J | T | | | | | |
| 5. Fidelity Management Trust Company - IRA Account | | | | | | | | | See Note in Part VIII |
| 6. -Claymore Securities Defined Portfolios | B | Dividend | K | T | | | | | |
| 7. -Fidelity Cash Reserves | A | Int./Div. | K | T | | | | | |
| 8. -Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 9. -Harbor Bond Adm | C | Dividend | M | T | Buy (add'l) | 02/10/17 | J | | |
| 10. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 11. | | | | | Sold (part) | 12/07/17 | J | A | |
| 12. -Ishares S&P Midcap 400 Growth | A | Dividend | L | T | Sold (part) | 02/14/17 | K | D | |
| 13. | | | | | Sold (part) | 04/10/17 | K | D | |
| 14. -Doubleline Total Rt Bond Fd | C | Dividend | M | T | Buy (add'l) | 05/18/17 | J | | |
| 15. -Metropolitan West Total Return | C | Dividend | M | T | Buy (add'l) | 04/06/17 | J | | |
| 16. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 17. -Fidelity High Income | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Eaton Vance Floating Rate | C | Dividend | L | T | | | | | |
| 19.  -Oakmark Intl Investor Cl | C | Dividend | M | T | Buy (add'l) | 05/18/17 | K | | |
| 20. | | | | | Sold (part) | 09/22/17 | J | C | |
| 21.  -American Century Value CL I | D | Dividend | M | T | Buy (add'l) | 04/06/17 | J | | |
| 22.  -Ishares Core S&P 500 ETF | B | Dividend | L | T | Sold (part) | 02/14/17 | L | D | |
| 23. | | | | | Sold (part) | 04/10/17 | K | D | |
| 24. | | | | | Sold (part) | 05/22/17 | K | D | |
| 25.  -Ishares S&P 500 Growth ETF | B | Dividend | M | T | Sold (part) | 04/10/17 | J | B | |
| 26. | | | | | Sold (part) | 12/08/17 | K | D | |
| 27.  -Ishares S&P 500 Value ETF | B | Dividend | L | T | Buy (add'l) | 04/10/17 | K | | |
| 28. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 29.  -Ishares Trust Core MSCI EAFE ETF | C | Dividend | M | T | Buy (add'l) | 05/22/17 | L | | |
| 30. | | | | | Sold (part) | 09/25/17 | K | B | |
| 31.  -Wells Fargo Special Mid Cap CL I | C | Dividend | L | T | | | | | |
| 32.  -Baird Aggregate Bond Fund Investor Cl | B | Dividend | L | T | | | | | |
| 33.  -Ishares Core S&P Small Cap ETF | A | Dividend | | | Sold (part) | 02/14/17 | J | B | |
| 34. | | | | | Sold | 05/22/17 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Ishares Core U.S. Aggregate Bond ETF | D | Dividend | N | T | Buy (add'l) | 02/14/17 | K | | |
| 36. | | | | | Buy (add'l) | 09/25/17 | K | | |
| 37. -Glenmede Small Cap Equity-Adv | D | Dividend | L | T | Buy | 04/06/17 | K | | |
| 38. | | | | | Buy (add'l) | 05/18/17 | K | | |
| 39. | | | | | Sold (part) | 12/07/17 | J | B | |
| 40. -Harding Loevner Emerg Mrkts Port Adv | A | Dividend | K | T | Buy | 02/10/17 | K | | |
| 41. -Ishares Inc Core MSCI Emerging Mkts | A | Dividend | J | T | Buy | 09/25/17 | J | | |
| 42. -Ishares Inc MSCI JPN ETF New | A | Dividend | | | Buy | 02/14/17 | K | | |
| 43. | | | | | Sold | 05/22/17 | K | B | |
| 44. Fidelity Management Trust Company - IRA Account | | | | | | | | | See Note in Part VIII |
| 45. -Fidelity Cash Reserves | A | Int./Div. | J | T | | | | | |
| 46. -Harbor Bond | B | Dividend | K | T | | | | | |
| 47. -Templeton Global Bond | A | Dividend | J | T | | | | | |
| 48. -Ishares S&P 500 Growth ETF | A | Dividend | J | T | Sold (part) | 05/22/17 | J | B | |
| 49. | | | | | Sold (part) | 12/08/17 | J | B | |
| 50. -Baird Aggregate Bond Fund Investor Cl | A | Dividend | L | T | Buy (add'l) | 09/22/17 | J | | |
| 51. Fidelity Management Trust Company - Non IRA Acct | | | | | | | | | See Note in Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Overland Park KS Go Intl Impt Bd 9/1/20 4% | A | Interest | | | Redeemed | 09/01/17 | K | A | |
| 53. -Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 54. -Templeton Global Bond | B | Dividend | L | T | | | | | |
| 55. -American Century Value Fund Class I | B | Dividend | K | T | | | | | |
| 56. -Ishares Russell 1000 Value | B | Dividend | L | T | Sold (part) | 12/08/17 | J | C | |
| 57. -Ishares Trust Core MSCI EAFE ETF | A | Dividend | | | Sold | 09/25/17 | L | D | |
| 58. -Ishares Core S&P 500 Value ETF | A | Dividend | K | T | Buy (add'l) | 05/22/17 | J | | |
| 59. -Ishares Core S&P 500 Growth ETF | A | Dividend | L | T | Buy (add'l) | 12/08/17 | J | | |
| 60. -Oakmark International Cl I | A | Dividend | | | Sold | 09/22/17 | K | A | |
| 61. -Doubleline Total Return Bond Fund (X) | A | Dividend | J | T | | | | | |
| 62. -Ishares S&P Midcap 400 Growth (X) | A | Dividend | K | T | Sold (part) | 09/25/17 | J | A | |
| 63. -Harding Loevner Emerg Mrkts Port Adv | A | Dividend | L | T | Buy (add'l) | 02/10/17 | K | | |
| 64. | | | | | Sold (part) | 05/18/17 | K | C | |
| 65. -TCW Core Fixed Income Class N | A | Dividend | | | Sold | 02/10/17 | K | A | |
| 66. -Ishares Core U.S. Aggregate Bond | A | Dividend | K | T | | | | | |
| 67. -Glenmede Small Cap Equity Adv | B | Dividend | K | T | Buy | 05/18/17 | J | | |
| 68. -The Hartford Intl Oppt Fd Class I | D | Dividend | M | T | Buy | 09/22/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -Ishares Inc Core MSCI Emerging Mkts | A | Dividend | J | T | Buy | 09/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 04/27/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A. Item #1 BJD Somers Family LLC - I am a member, I am not an officer or board member and I have no managerial responsibilities.

B. Items listed in #6 through #43 are all assets of Fidelity Management Trust Company IRA account identified in #5 above.

C. Items listed in #45 through #50 are all assets of Fidelity Management Trust Company IRA account identified in #44 above.

D. Items listed in #52 through #69 are all assets of Fidelity Management Trust Company non-IRA account identified in #51 above.

E. Item listed on #21 was converted from American Century Value Inv CL to American Century Value Fund Class I

F. Item listed on #31 was converted from Wells Fargo Special Mid Cap Adm to Wells Fargo Special Mid Cap Class I

G. Item listed on #55 was converted from American Century Value Inv CL to American Century Value Fund Class I

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 04/27/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dale L. Somers**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544